■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILLIAM TONY GRANT, Appellant. [651 NYS2d 875] —Appeal by the defendant from a judgment of the Supreme Court, Westchester County (Cowhey, J.), rendered September 20, 1994, convicting him of robbery in the third degree, burglary in the third degree, and grand larceny in the third degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted *(see, Anders v California,* 386 US 738; *People v Paige,* 54 AD2d 631; *cf., People v Gonzalez,* 47 NY2d 606). Rosenblatt, J. P., Thompson, Santucci and Altman, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DENNIS GREEN, Appellant. [651 NYS2d 329] —Application by the appellant, *inter alia,* for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated November 23, 1987 *(People v Green,* 134 AD2d 516), affirming a judgment of the Supreme Court, Kings County, rendered April 24, 1984.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel *(see, Jones v Barnes,* 463 US 745). Miller, J. P., Santucci, Altman and Goldstein, JJ., concur.